**Order entered July 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00624-CV

### IN THE INTEREST OF K.J., A MINOR CHILD, Appellant

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 16-25780-V**

## ORDER

Appellant's brief in this termination of parental rights case is overdue. Our records indicate appellant is represented by counsel. On July 5, 2018, the Court issued an order instructing appellant to file a brief and extension motion within ten days. No brief has been received.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In that regard, the trial court shall make appropriate findings and recommendations and determine: (1) whether appellant desires to prosecute the appeal, (2) why appellant's brief has not been timely filed, (3) whether new counsel is necessary to assure effective representation of appellant; and (4) when it is anticipated appellant's brief will be filed. If new counsel is necessary, we **ORDER** the trial court to appoint a new attorney to represent appellant.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

This appeal is abated to allow the trial court to comply with the above order. The appeal will be reinstated twenty days from the date of this order or when the findings are received, whichever is earlier.


/s/    DOUGLAS LANG
PRESIDING JUSTICE